PAUL J. HANSON ET AL. *v.* A. EARL WOOD, COMMISSIONER OF TRANSPORTATION

The defendant's "Motion to Supreme Court to Strike Dissentient Finding" from the printed record in the appeal from the Superior Court in Fairfield County is denied.

*Victor Feingold,* assistant attorney general, in support of the motion.

Submitted September 30—decided October 13, 1976